AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creswell, Bessie M. | U.S. Bankruptcy Court, Middle District of Alabama | 04/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Full Time | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>08/31/2018 |

**7. Chambers or Office Address**

Frank M. Johnson U.S. Federal Courthouse
One Church Street
Montgomery, Alabama 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Burr & Forman LLP |
| 2. | Board President | Lifelines Family Counseling |
| 3. | Trustee | Alabama Law Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Burr & Forman Profit Sharing Plan with former law firm with Empowerment Retirement as Recordkeeper |
| 2. | 2016-2017 | Burr & Forman Profit Sharing Plan with former law firm with Wells Fargo as Recordkeeper |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Burr & Forman, salary | $189,529.00 |
| 2. | 2017 | Burr & Forman, salary | $179,892.00 |
| 3. | 2018 | Burr & Forman, salary | $52,500.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC CASH ACCOUNT | A | Interest | J | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. -AMAZON.COM INC COM | | None | K | T | Exempt | | | | |
| 4. -APPLE INC COM | A | Dividend | | | Exempt | | | | |
| 5. -DELTA AIR LINES INC COM | A | Dividend | | | Exempt | | | | |
| 6. -CYPRESS SEMICONDUCTOR CORP COM | A | Dividend | | | Exempt | | | | |
| 7. -CORNERSTONE STRATEGIC VALUE COM | C | Dividend | K | T | Exempt | | | | |
| 8. -CREDIT SUISSE VELOCITY DAILY 2X SHT TRM T | | None | J | T | Exempt | | | | |
| 9. -PAYPAL HLDGS INC COM | | None | J | T | Exempt | | | | |
| 10. -SHELL MIDSTREAM PARTNERS COM | | None | | | Exempt | | | | |
| 11. -T-MOBILE US INC COM | | None | | | Exempt | | | | |
| 12. -SPDR GOLD TR GOLD SHS | | None | J | T | Exempt | | | | |
| 13. -POWERSHARES C | | None | | | Exempt | | | | |
| 14. -WHEATON PRECIOUS METALS CORP C | | None | | | Exempt | | | | |
| 15. -ADVANCED MICRO DEVICES INC C | | None | | | Exempt | | | | |
| 16. -ALIBABA GROUP HLDG LTD C | | None | | | Exempt | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DELTA AIR LINES INC COM | A | Dividend | | | Exempt | | | | |
| 19. -CREDIT SUISSE VELCITYSHRES 2X VIX SH-TRM ETN | | None | | | Exempt | | | | |
| 20. -SHELL MIDSTREAM PARTNERS COM | | None | | | Exempt | | | | |
| 21. -POWERSHARES C | | None | | | Exempt | | | | |
| 22. -WHEATON PRECIOUS METALS CORP C | | None | | | Exempt | | | | |
| 23. -AMAZON.COM INC C | | None | | | Exempt | | | | |
| 24. -BERKSHIRE HATHAWAY INC DEL COM CL B | | None | J | T | Exempt | | | | |
| 25. -CORNERSTONE STRATEGIC VALUE COM | A | Dividend | J | T | Exempt | | | | |
| 26. -DODGE & COX FUNDS INTLSTK FD | A | Dividend | J | T | Exempt | | | | |
| 27. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 28. -REGIONS FINANCIAL CORP NEW | A | Dividend | | | Exempt | | | | |
| 29. -ROYAL DUTCH SHELL PLC CL B | A | Dividend | | | Exempt | | | | |
| 30. -AMERICAN GOLD EAGLE | | None | | | Exempt | | | | |
| 31. -SPDR GOLD TR GOLD SHS | | None | J | T | Exempt | | | | |
| 32. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 33. -ALASKA AIR GROUP INC COM | A | Dividend | J | T | Exempt | | | | |
| 34. -CORNERSTONE STRATEGIC VALUE COM | B | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CREDIT SUISSE VELCITYSHRES 2X VIX SH-TRM ETN | | None | | | Exempt | | | | |
| 36. -CYPRESS SEMICONDUCTOR CORP | A | Dividend | | | Exempt | | | | |
| 37. -DELTA AIRLINES INC | A | Dividend | | | Exempt | | | | |
| 38. -TELADOC HEALTH INC COM | | None | J | T | Exempt | | | | |
| 39. -ADVANCED MICRO DEVICES INC C | | None | | | Exempt | | | | |
| 40. -POWERSHARES C | | None | | | Exempt | | | | |
| 41. -SPDR GOLD TR GOLD SHS C | | None | | | Exempt | | | | |
| 42. -WHEATON PRECIOUS METALS CORP C | | None | | | Exempt | | | | |
| 43. 529 PLAN #1 (H) | | | | | | | | | |
| 44. -Coca Cola CO | A | Dividend | J | T | Exempt | | | | |
| 45. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 46. -CORNERSTONE STRATEGIC VALUE COM | B | Dividend | J | T | Exempt | | | | |
| 47. -REGIONS FINANCIAL CORP COM | A | Dividend | | | Exempt | | | | |
| 48. -POWERSHARES C | | None | | | Exempt | | | | |
| 49. BROKERAGE ACCOUNT #4 (H) | | | | | | | | | |
| 50. -APPLE INC COM | | None | | | Exempt | | | | |
| 51. -CREDIT SUISSE VELCITYSHRES 2X VIX SH-TRM ETN | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -CYPRESS SEMICONDUCTOR CORP COM | A | Dividend | | | Exempt | | | | |
| 53. -CORNERSTONE STRATEGIC VALUE COM | B | Dividend | J | T | Exempt | | | | |
| 54. -DELTA AIR LINES INC | A | Dividend | | | Exempt | | | | |
| 55. -ROYAL DUTCH SHELL PLC ADR CLASS B | A | Dividend | | | Exempt | | | | |
| 56. -POWERSHARES C | | None | | | Exempt | | | | |
| 57. -SPDR GOLD TR GLD SHS GLD C | | None | | | Exempt | | | | |
| 58. -WHEATON PRECIOUS METALS CORP WPM C | | None | | | Exempt | | | | |
| 59. 529 PLAN #2 (H) | | | | | | | | | |
| 60. -Vanguard Total Stock Market Index | B | Dividend | L | T | Exempt | | | | |
| 61. -Vanguard Developed Markets Index | A | Dividend | K | T | Exempt | | | | |
| 62. -Vanguard Emerging Markets Stock Index | A | Dividend | J | T | Exempt | | | | |
| 63. 529 PLAN #3 (H) | | | | | | | | | |
| 64. -Vanguard Growth Index | A | Dividend | K | T | Exempt | | | | |
| 65. -Vanguard Mid-Cap Index | A | Dividend | K | T | Exempt | | | | |
| 66. -Vanguard Small-Cap Index | A | Dividend | K | T | Exempt | | | | |
| 67. -Vanguard International Growth | A | Dividend | K | T | Exempt | | | | |
| 68. -DFA Global Equity Portfolio | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 401(k) #1 | | | | | | | | | |
| 70. 401(k) #2 (H) | | | | | | | | | |
| 71. -Growth (MAP) Freedom 401k Class | | None | | | Exempt | | | | |
| 72. -Delaware Small Cap Value R6 | | None | | | Exempt | | | | |
| 73. -Harbor Capital Appreciation Retirement | | None | | | Exempt | | | | |
| 74. -Vanguard Institutional Index Fund | A | Dividend | | | Exempt | | | | |
| 75. U.S. Bank, N.A. CASH ACCOUNT | | None | K | T | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 69 - 401(k) #1 - Investment account 401(k) #1 was a retirement plan with a previous employer. All investments were transferred to 401(k) #2 in January 2018. Statements were requested for periods covering January to December 2017, but were not received before report date.

Part VII, Line 75 (Amended) - U.S. Bank, N.A. is Roth funds from 401(k) #2 (lines 70-74) that were cashed out and held in a bank account before being rolled to a new retirement account. Investment account 401(k) #2 was a retirement plan with a previous employer. The 401(k) #2 account funds will be rolled over into new retirement accounts via a nontaxable retirement rollover. The traditional 401(k) funds were rolled into the Thrift Savings Plan. The portion of the funds that are Roth contributions are in the process of being rolled to a new account as of the original reporting date. Account value was updated from original report after inquiring about account.

Part I, Line 1 (Amended) - Position noting "Bankruptcy Judge" was removed and remaining positions were moved up one line.

| Name of Person Reporting | Date of Report |
|---|---|
| Creswell, Bessie M. | 04/22/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bessie M. Creswell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544